HON. JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOELLE NOLE,<br><br>Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No. 2:24-cv-01093-JNW<br><br>**STIPULATED MOTION TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION FOR VIOLATION OF THE ELECTRONIC FUNDS TRANSFER ACT**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>September 25, 2024 |

Plaintiff JOELLE NOLE ("Plaintiff") and Defendant USAA FEDERAL SAVINGS BANK ("USAA FSB"), by and through their respective counsel have conferred regarding Plaintiff's first cause of action for violation of the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. § 1693 *et seq.*

Plaintiff and USAA FSB jointly and respectfully move for a Court order as follows to avoid Rule 12(b)(6) Motion practice at this juncture:

- That Plaintiff's first cause of action for violation of the EFTA be dismissed with prejudice (*see* Dkt. 1, Complaint, Count One, at ¶¶ 66-80); and

- That the deadline for USAA FSB to file its response to Plaintiff's Complaint be set at 14 days from the date of the Court's order on this Stipulated Motion.

///

///

///

///

STIPULATED MOTION TO DISMISS;
[~~PROPOSED~~] ORDER
No. 2:24-cv-01093-JNW | Page 1

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095

|    |                                      |                                                                 |
|----|--------------------------------------|-----------------------------------------------------------------|
| 1  |                                      | Respectfully submitted,                                         |
| 2  | Dated: September 25, 2024            | **KLEIN & SHERIDAN, LC**                                        |
| 4  |                                      | By: */s/ Benjamin M. Sheridan*                                  |
| 5  |                                      | BENJAMIN M. SHERIDAN (WSBA No. 40989)                           |
|    |                                      | 3566 Teays Valley Rd.                                           |
| 6  |                                      | Hurricane, WV 25526                                             |
|    |                                      | Tel: (304) 562-7111                                             |
| 7  |                                      | ben@kleinsheridan.com                                           |
| 8  |                                      | *Attorneys for Plaintiff,*                                      |
|    |                                      | JOELLE NOLE                                                     |
| 9  | Dated: September 25, 2024            | **DKM LAW GROUP, LLP**                                          |
| 12 |                                      | By: _____                              |
|    |                                      | JOSHUA N. KASTAN (WSBA No. 50899)                               |
| 13 |                                      | RYAN J. MARROW (WSBA No. 61356)                                 |
|    |                                      | 1700 7th Ave., Ste. 2100                                        |
| 14 |                                      | Seattle, WA 98101                                               |
|    |                                      | Tel: (415) 226-7400                                             |
| 15 |                                      | jnk@dkmlawgroup.com                                             |
|    |                                      | rjm@dkmlawgroup.com                                             |
| 17 |                                      | *Attorneys for Defendant,*                                      |
|    |                                      | USAA FEDERAL SAVINGS BANK                                       |

### [~~PROPOSED~~] ORDER ON PARTIES' STIPULATED MOTION TO DISMISS

The Court, having considered the parties' Stipulated Motion to Dismiss Plaintiff's first cause of action for violation of the Electronic Funds Transfer Act ("EFTA") and good cause appearing, ORDERS as follows:

- Plaintiff's first cause of action for violation of the EFTA shall be dismissed with prejudice (*see* Dkt. 1, Complaint, Count One, at ¶¶ 66-80); and
- USAA FSB shall file its response to Plaintiff's Complaint on or before 14 days from the date of this Order.

///

///

STIPULATED MOTION TO DISMISS;
[~~PROPOSED~~] ORDER
No. 2:24-cv-01093-JNW | Page 2

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095

IT IS SO ORDERED.

DATED this 29th day of October, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

Respectfully submitted,

**KLEIN & SHERIDAN, LC**

By: */s/ Benjamin M. Sheridan*
BENJAMIN M. SHERIDAN (WSBA No. 40989)
3566 Teays Valley Rd.
Hurricane, WV 25526
Tel: (304) 562-7111
ben@kleinsheridan.com

*Attorneys for Plaintiff,*
JOELLE NOLE

**DKM LAW GROUP, LLP**

By: *[signature]*
JOSHUA N. KASTAN (WSBA No. 50899)
RYAN J. MARROW (WSBA No. 61356)
1700 7th Ave., Ste. 2100
Seattle, WA 98101
Tel: (415) 226-7400 jnk@dkmlawgroup.com
rjm@dkmlawgroup.com

*Attorneys for Defendant,*
USAA FEDERAL SAVINGS BANK

STIPULATED MOTION TO DISMISS;
[PROPOSED] ORDER
No. 2:24-cv-01093-JNW | Page 3

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095